UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 4 2018
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) N
ANTUAN WARD, )   **4:18CR00827 AGF/SPM**
a/k/a Ari'al Ban Yashar'al, )
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 25, 2018, within the Eastern District of Missouri, the defendant,

**ANTUAN WARD, a/k/a Ari'al Ban Yashar'al,**

who was then a fugitive from justice, did knowingly possess a firearm, *to wit*, a SCCY CPX-1 9MM pistol, serial number 414924, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(2).

### COUNT 2

On or about April 25, 2018, within the Eastern District of Missouri, the defendant,

**ANTUAN WARD, a/k/a Ari'al Ban Yashar'al,**

with intent to defraud the United States, falsely assumed and pretended to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States

1

and acted as such, and in such pretended character, demanded and obtained or attempted to obtain a thing of value.

In violation of Title 18, United States Code, Section 915.

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
Kyle T. Bateman, #996646DC
Assistant United States Attorney

2